IN THE UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RAFAEL GALVAN and<br>MARYANN GALVAN, INDIVIDUALLY<br>AND AS REPRESENTATIVE OF THE<br>ESTATE OF DANIELLE MARIE GALVAN<br><br>V.<br><br>EDDIE ANTHONY LEE;<br>C.R. ENGLAND, INC. and TEXAS<br>DEPARTMENT OF TRANSPORTATION | §§§§§§§§§§§<br><br>CIVIL NO. 5:18-cv-00060 |

### DEFENDANT, C.R. ENGLAND, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant, **C.R. ENGLAND, INC.**, hereby removes this action to the United States District Court for the Southern District of Texas from the 49th Judicial District Court of Webb County, Texas, stating as follows:

1.  Plaintiffs Rafael Galvan and Maryann Galvan, Individually and as Representatives of the Estate of Danielle Marie Galvan, commenced this action in the 49th Judicial District Court of Webb County, Texas, where it was given Cause No. 2018CVA000621D1. This action is between citizens of different states. Plaintiffs are residents of Texas, as was the decedent. Defendant, C.R. England, Inc. is a Utah corporation with a principal place of business in Utah. Defendant Eddie Anthony Lee is a resident of Minnesota. . Plaintiffs and the properly joined defendants are citizens of different states, none of the proper defendants are citizens of Texas, and the proper parties are totally diverse from all Plaintiffs and each other.

The citizenship of the improperly joined defendant, the State of Texas, must be disregarded under 28 U.S.C.A. §§ 1332 and 1441 (b) and under *Burden vs General*

*Dynamic Corp.*, 60 F. 3d 213, 218 (5th Cir. 1995). Removal on a theory of improper joinder is appropriate where there is no reasonable basis for predicting that a plaintiff can recover against an improperly joined defendant. *Badon v. R. J. R. Nabisco, Inc.*, 236 F.3d 282, 285-86 (5th Cir. 2000). Further, Plaintiffs claim damages for the wrongful death of Danielle Marie Galvan. The Fifth Circuit has concluded that it is "facially apparent" that a similar wrongful death claim exceeded the Federal court jurisdictional amount. See *Menendez v. Wal–Mart Stores, Inc.*, 364 Fed.Appx. 62, 67 (5th Cir. 2010). Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2. Defendant, C.R. England, Inc. received the summons and complaint on April 16, 2018, by way of service on the Texas Transportation Commission so this removal is timely under 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served upon Defendant are attached as Exhibits.

4. Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 49th Judicial District Court of Webb County, Texas.

5. Defendant, Eddie Anthony Lee, consents to the removal. Consent from the State of Texas is not necessary because it is a fraudulently joined defendant. See *Jernigan v Ashland Oil, Inc.; 989* F 2d 812, 815 (5th Cir. 1993).

Dated: May 16, 2018

Respectfully submitted,

LARRY D. WARREN
ATTORNEY IN CHARGE
State Bar No. 20888450
FBN: 13339

Doc# 66Q4491.DOC

ATTORNEY FOR DEFENDANT,
C.R. ENGLAND, INC.

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com

-and-

Chris Peterson
State Bar No. 00798430
LOPEZ PETERSO LC
101 West Hillside Suite 1
Laredo, Texas 78041
Telephone: (956) 718-2134
Facsimile: (956) 718-2045
cpeterson@lopezpeterson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the /6 day of **May, 2018**, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel *via facsimile*:

Marco Crawford
State Bar No. 24068756
LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone; 9361) 985-0600
Facsimile (361) 985-0601
    Service: mcrawford-svc@tjhlaw.com
**ATTORNEYS FOR PLAINTIFFS**

Mr. Taylor J. Graham
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78711-2548

Doc# 66Q4491.DOC

3

Facsimile:(512) 936-0888
Taylor.Graham@oag.tex.gov
**ATTORNEYS FOR DEFENDANT, TEXAS DEPARTMENT OF TRANSPORTATION**

Mr. Chris Peterson
LOPÉZ PETERSON, LC
101 West Hillside, Suite 1
Laredo, Texas  78041
Facsimile: (956) 718-2045
cpeterson@lopezpeterson.com
**CO-COUNSEL FOR DEFENDANT, C.R. ENGLAND, INC.**

Sean Page
THORNTON BIECHLIN REYNOLDS & GUERRA
100 N.E. Loop 410, Suite 500
San Antonio, Texas  78216
Telephone:(210) 342-5555
Facsimile: (210) 525-0666
spage@thorntonfirm.com
**ATTORNEY FOR EDDIE ANTHONY LEE   DEFENDANT**

```
_____
LARRY D. WARREN
CHRIS PETERSON
```